IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON, | No. C 19-3013 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STEWART SHERMAN; CLARENCE CRYER; J. CHOY; FRITZ; J. MORENO; S. CERDA; N. SIMENTAL; T. CAMP; M. GONZALEZ; BELO; VELMA HAMPSON; WAYNE TILLEY; G. GONZALES; M. MULAMAX; S. HEAVENER; BELTRAN; A. SHAW; J. ZAMORA; C. RAMOS; M. MARTINEZ; R. MORENO; N. TYLER; LURA MERRIT; FIRHBURN; HUFFMAN; ZANUTTO; LESLIE; SINGH; B. GARZA, | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the California Substance Abuse Treatment Facility in Corcoran, California, and at the California Department of Corrections ("CDCR") in Sacramento, California, both of which are located within the venue of the United States District Court for the Eastern District of California. Defendants, who are prison employees, appear to be located in Corcoran and Sacramento as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

1    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

The clerk shall transfer this case forthwith and terminate any pending motions from this court's docket..

**IT IS SO ORDERED.**

Dated: July __8__, 2019.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2